FERNANDEZ, J.
Burger King Corporation appeals a final judgment entered in favor of Angel Luis Lastre-Torres. We affirm the final judgment except for the award of past and future medical expenses as those were excessive and not supported by the undisputed evidence. See Aircraft Serv. Int'l, Inc. v. Jackson, 768 So.2d 1094, 1096 (Fla. 3d DCA 1995) (stating that “[ajwards exceeding [a] definite and ascertainable amount are readily vacated and remanded”). Accordingly, upon remand the trial court is instructed to reduce the past medical expenses to $4,026.35 and the future medical expenses $24,024. In all other regards, we affirm.
Affirmed in part, reversed in part and remanded.